IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Perez, Porfiria | Case Number: 08 B 04976 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/30/08 | Filed: 3/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 19, 2008
Confirmed: May 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,180.00 | |
| Secured: | | 1,103.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 76.70 |
| Other Funds: | | 0.00 |
| Totals: | 1,180.00 | 1,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Feld & Korrub LLC | Administrative | 2,300.00 | 0.00 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Westgate Resorts Ltd | Secured | 0.00 | 0.00 |
| 4. | Preferred Credit | Secured | 0.00 | 0.00 |
| 5. | Westgate Resorts Ltd | Secured | 0.00 | 0.00 |
| 6. | HSBC Mortgage Services | Secured | 25,722.04 | 1,103.30 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 965.25 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 683.86 | 0.00 |
| 9. | Capital One | Unsecured | 1,095.99 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 6,767.35 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 547.33 | 0.00 |
| 12. | St James Anesthesia | Unsecured | 165.00 | 0.00 |
| 13. | St James Federal Credit Union | Unsecured | 4,728.53 | 0.00 |
| 14. | Capital One Auto Finance | Unsecured | 7,330.65 | 0.00 |
| 15. | Bud's Ambulance | Unsecured | 975.50 | 0.00 |
| 16. | Nicor Gas | Unsecured | 4,183.31 | 0.00 |
| 17. | Dr Sebastian Jacob | Unsecured | 77.80 | 0.00 |
| 18. | GE Money Bank | Unsecured | 203.69 | 0.00 |
| 19. | Westgate Resorts Ltd | Unsecured | 8,151.87 | 0.00 |
| 20. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 21. | AT&T | Unsecured | | No Claim Filed |
| 22. | GEMB | Unsecured | | No Claim Filed |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | Dee Korycki | Unsecured | | No Claim Filed |
| 25. | AT&T | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Perez, Porfiria | Case Number: 08 B 04976 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/30/08 | Filed: 3/3/08 |

| | | | |
|---|---|---|---|
| 26. Comcast | Unsecured | | No Claim Filed |
| 27. Capital One | Unsecured | | No Claim Filed |
| 28. HSBC | Unsecured | | No Claim Filed |
| 29. Javier Soria | Unsecured | | No Claim Filed |
| 30. HSBC | Unsecured | | No Claim Filed |
| 31. Illinois Title Loans | Unsecured | | No Claim Filed |
| 32. St James Hospital | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 63,898.17 | $ 1,103.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 76.70 |
| | _____ |
| | $ 76.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____